UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-20605-CIV-MORENO**

DTR TRAVEL RETAIL, INC., a Florida corporation,

    Plaintiff,

vs.

WH SMITH AIRPORTS, INC., f/k/a WH SMITH, INC., a Delaware corporation; WH SMITH AIRPORT SERVICES, INC., a Georgia corporation; WH SMITH OF CALIFORNIA, INC., a California corporation, WH SMITH PLC, a United Kingdom Public Limited Company, and WH SMITH GROUP HOLDINGS (USA), INC., a Nevada corporation,

    Defendants.
_____/



CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Stipulation for Dismissal with Prejudice **(D.E. 24)**, filed **June 27, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are **DENIED** as moot with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:

Counsel of Record